UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                    No. 2:09-cv-02174-MCE

THOMAS A. PISHOS,

        Debtor,              **ORDER**
_____

SUSAN K. SMITH, in her
capacity as trustee for the
Bankruptcy Estate of
Thomas A. Pishos,

        Plaintiff,

        v.

BONNIE B. PISHOS, HERITAGE
RANCH HOLDINGS, LLC, GHAUS M.
MALIK, individually and in his
capacity as trustee of the G.
Malik Trust of 2007, NATIONAL
CITY MORTGAGE, and G.E.
COMMERCIAL FINANCE BUSINESS
PROPERTY CORP. f/k/a GENERAL
ELECTRIC CAPITAL BUSINESS
ASSET FUNDING CORP.,

        Defendants.

                  ----oo0oo----

///

///

1

In bringing the present Motion to Withdraw Reference, Defendant Ghaus M. Malik, individually and in his capacity as Trustee of the G. Malik Trust of 2007, and Defendant National City Mortgage, Inc. (hereinafter "Moving Defendants"), request that the reference of this adversary proceeding to the United States Bankruptcy Judges for the Eastern District of California be withdrawn pursuant to 28 U.S.C. § 157(d).  For the reasons set forth below, Moving Defendants' request in that regard will be dismissed.[1]

On October 14, 2009, Moving Defendants filed a Notice of Partial Settlement of the Case.  According to that Notice, a Settlement Agreement had been signed but was subject to approval by the assigned bankruptcy judge.  To obtain that approval, Plaintiff Susan K. Smith ("Plaintiff") filed a Motion for Approval of Compromise.  The Motion was scheduled to be heard by the bankruptcy court on November 9, 2009.  Moving Defendants' Notice made it clear that if the motion was granted, Moving Defendants would be dismissed from the adversary proceeding, thus making the instant Motion to Withdraw moot.

On December 15, 2009, Moving Defendants filed a Notice of Voluntary Dismissal of the pending Motion to Withdraw, with supporting exhibits.  In their Notice of Voluntary Dismissal, Defendants state that on November 9, 2009, the Motion for Approval of Compromise came on for hearing as scheduled and was granted.

---

[1] Because oral argument was not of material assistance, this matter was deemed suitable for decision without oral argument. Local Rule 230(g).

2

1 | The Compromise Order was subsequently entered on the bankruptcy
2 | court's docket on November 17, 2009.
3 |     Additionally, on November 18, 2009, Plaintiff filed a
4 | Request for Dismissal with the bankruptcy court, asking the court
5 | to dismiss Moving Defendants from the subject adversary
6 | proceeding.  The bankruptcy court entered its order dismissing
7 | Moving Defendants on November 20, 2009.
8 |     On December 17, 2009, Plaintiff filed a Response to the
9 | Notice of Voluntary Dismissal stating that she was not opposed to
10 | dismissal of the Motion to Withdraw.  Given the dismissal of
11 | Defendants from the Adversary Proceeding, the Motion to Withdraw
12 | is now moot.
13 |     For these reasons, Defendants' Motion to Withdraw Reference
14 | to the Bankruptcy Judges (Docket No. 1) pursuant to 28 U.S.C.
15 | § 157(d) is hereby DISMISSED.  The Clerk is directed to close
16 | this matter.
17 |     IT IS SO ORDERED.

Dated: April 20, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE